**Charles WARREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 70616.

Missouri Court of Appeals,
Eastern District,
Division One.

June 24, 1997.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD, and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Charles Warren, appeals the judgment of the Circuit Court of St. Charles County denying his Rule 24.035 motion after an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of motion court is not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm pursuant to Rule 84.16(b).